IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00172-RJC-SCR

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VINCENT ADIO | ) | |
| SOLOMON NYENKAN, | | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 10), the Indictment, (Doc. No. 3), without prejudice. Since the return of the Indictment in 2018, the defendants have never appeared in court.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 10), is **GRANTED** and the Indictment, (Doc. No. 3), is **DISMISSED** without prejudice.

Signed: November 1, 2023

Robert J. Conrad, Jr.
United States District Judge